# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Edgar Arambula-Para | Case Number: 1:09po1 |
| | Emily Marroquinn |
| | Defendant's Attorney |

FILED ASHEVILLE, N.C. MAY 22 2009 U.S. DISTRICT COURT W. DIST. OF N.C.

**THE DEFENDANT:**

- \_ Pleaded guilty to count(s)
- X pleaded guilty to violation(s) 1:09po1
- \_ Pleaded not guilty to count(s)
- \_ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.3(a) | Threatening, resisting, intimidating and interfering with any forest officer engaged in official duties | 4/24/2009 | |

- \_ Counts(s) (is)(are) dismissed on the motion of the United States.
- \_ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- \_ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for a period of 4 months with credit for all time served.

That the defendant does not have the financial means to pay a fine or court appointed counsel fees.

The defendant is banned from all federal lands except for use of main thoroughfares for a period of 2 year(s).

Date of Imposition of Sentence: 5/21/2009

Dennis L. Howell, United States Magistrate Judge

Date Signed: May 21, 2009

### RETURN

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal